JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:21-cv-05496-MEMF-JPRx<br><br>**ORDER GRANTING PROPOSED JUDGMENT [DKT. NO. 74]** |

This Judgment was presented before this Court, the Honorable Maame Ewusi-Mensah Frimpong presiding, by Defendant United States of America. The Court, based on the terms of the accepted Offer of Judgement pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby:

**ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

1. Defendant will pay $700,000 to Plaintiffs, which includes all accrued costs, expenses, attorney's fees, and outstanding liens incurred in this action.
2. The $700,000 payment is to be in total settlement of this action with no admission of liability from Defendant.
3. Plaintiffs' attorney's fees are included in the $700,000 amount and shall not exceed 25% thereof.
4. Judgment is hereby entered in favor of Plaintiffs and against the United States.

**IT IS SO ORDERED.**

Dated: November 14, 2025   _____

Honorable Maame Ewusi-Mensah Frimpong
United States District Judge