UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMANDA BROWN, *et al.*,

          Plaintiffs,

          v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. 2:21-cv-05496-MEMF-JPRx

**FINAL JUDGMENT**

On October 10, 2025, the United States served a Rule 68 Offer of Judgment on Plaintiffs. *See* Dkt. No. 74-1. On October 24, 2025, Plaintiffs accepted the Rule 68 Offer. *See* Dkt. No. 74-2. On October 30, 2025, the United States filed a Notice of Lodging of Accepted Rule 68 Offer, filing the Offer and the notice of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). Dkt. No. 74. Further, on December 24, 2025, Plaintiffs filed Petitions for Approval of Minors Compromise. Dkt. Nos. 80, 81.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in this action is entered in favor of Plaintiffs Amanda Brown, Benjamin Brown, minor A.B., and minor L.B. in the amount of $700,000. This amount is inclusive of interest, attorney's fees, and costs accrued as of October 10, 2025;

2. Plaintiffs' attorney's fees are included in the $700,000 amount and shall not exceed 25% thereof; and

3. Judgment is hereby entered in favor of Plaintiffs and against the United States.

IT IS SO ORDERED.

Dated: January 27, 2026

_____
Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

1